## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:   Jessica Lee Allen                    :
                                              :         Case No.: 11-62470
                                              :
                                              :         Chapter 13
                                              :
         Debtor.                              :         Judge Preston

## DEBTOR'S WITHDRAWAL OF MOTION OF DEBTOR TO AVOID JUDICIAL LIEN (DOC. 32)

Now comes the Debtor, Jessica Lee Allen, by and through undersigned counsel and hereby withdraws her previously-filed Motion of Debtor to Avoid Judicial Lien, Doc. No. 32.

Respectfully submitted,

/s/ Sondra O. Bryson_____
Sondra O. Bryson  (0083871)
Bryson Legal, LLC
844 South Front Street
Columbus, OH 43206
Telephone: (614)221-5379
Fax: (614) 443-7463
sbryson@brysonlegalohio.com
*Attorney for the Debtor*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 18, 2012, a copy of the foregoing DEBTOR'S WITHDRAWAL OF MOTION OF DEBTOR TO AVOID JUDICIAL LIEN was served on the following registered ECF participants, **electronically** through the court's ECF system at the email address registered with the court:

United States Trustee
Frank M. Pees, Chapter 13 Trustee
Edward A. Bailey
Rasheda D. Hansard

and on the following by **ordinary U.S. Mail** addressed to:

Jessica Lee Allen
6504 Crab Apple Drive
Canal Winchester, OH 43110

      /s/ Sondra O. Bryson
Sondra O. Bryson (0083871)